2014–0253. In re Resignation of Garrison.
On application for resignation from the practice of law of Harold Kevin Garrison, Attorney Registration No. 0062275, and on report filed under seal by disciplinary counsel. Resignation accepted with disciplinary action pending.

# CASE ANNOUNCEMENTS

## March 25, 2014

[Cite as *03/25/2014 Case Announcements*, 2014-Ohio-1170.]

# MOTION AND PROCEDURAL RULINGS

2014–0415. In re K.D.
Franklin App. Nos. 13AP–607 and 13AP–667, 2014-Ohio-278. This cause is pending before the court as a jurisdictional appeal. Upon review of the appeal, it appears that the case involves the termination of parental rights.

Accordingly, it is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio that pertain to cases involving the termination of parental rights. Appellee's memorandum in response shall be filed no later than 15 days from the date of this entry.

# MISCELLANEOUS DISMISSALS

2000–1030. Ohio Hosp. Assn. v. Armstrong World Industries, Inc.
Cuyahoga App. No. 76067. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

2014–0002. W. Third Bridge Bldg., L.L.C. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, Nos. 2012–1554, 2012–1555, and 2012–1556. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

2014–0404. State v. Sultaana.
Cuyahoga App. No. 100781. This cause is pending before the court as a jurisdictional appeal. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due March 21, 2014, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

Upon consideration of appellant's motion for stay of the court of appeals' judgment, it is ordered by the court that the motion is denied as moot.

# CASE ANNOUNCEMENTS

## March 26, 2014

[Cite as *03/26/2014 Case Announcements*, 2014-Ohio-1182.]